## Ralph McClure, Plaintiff-Appellant, v. George Hondros, Defendant-Appellee.

### Gen. No. 10,553.

Lawrence F. O'Brien, and John W. Hicklin, for appellant; Alex J. Victor, and John S. Ghent, for appellee. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed February 1, 1952; released for publication February 19, 1952.